# Order

Michigan Supreme Court
Lansing, Michigan

February 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155143 (70)

TINA MARIE STOLL,

     Plaintiff-Appellant,

v

EMMET CIRCUIT COURT CHIEF JUDGE,

     Defendant-Appellee.

SC: 155143
COA: 328998
Emmet CC: 15-104919-CZ

_____

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of January 19, 2017 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $12.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2017



jam

Clerk